Jeffrey S. Allison (NV Bar # 8949)
Mark H. Hutchings (NV Bar # 12783)
**HOUSER & ALLISON, APC**
3900 Paradise Rd., Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com
mhutchings@houser-law.com
*Attorneys for Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., as Trustee on behalf of ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>EDUBIJES OCHOA-DELGADO; 4918 ATHENS BAY TRUST; TIERRA DE LAS PALMAS OWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendants. | Case No. 2:16-cv-01171-JCM-VCF<br><br>**MOTION AND PROPOSED ORDER TO SUBSTITUTE ATTORNEY** |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates in the above-entitled action. Pursuant to FRCP 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed

///

to and served upon:

>Jeffrey S. Allison (NV Bar #8949)
>Mark H. Hutchings (NV Bar # 12783)
>HOUSER & ALLISON, APC
>3900 Paradise Rd., Suite 101
>Las Vegas, Nevada 89169
>jallison@houser-law.com
>mhutchings@houser-law.com
>Phone: (702) 410-7593
>Fax:    (702) 410-7594

Please be advised that Jeffrey S. Allison and Mark H. Hutchings are now attorneys of record in place of Aaron B. Shumway.

Dated: August 24, 2016.

>**HOUSER & ALLISON, APC**
>
>*/s/ Mark H. Hutchings*
>Jeffrey S. Allison (NV Bar # 8949)
>Mark H. Hutchings (NV Bar #12783)
>3900 Paradise Road, Suite 101
>Las Vegas, Nevada 89169
>*Attorneys for Plaintiff CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 2*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate

Dated:      August 24, 2016

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents: **MOTION AND PROPOSED ORDER TO SUBSTITUTE ATTORNEY** by:

    X    ECF
    __   U.S. Mail
    __   Facsimile transmission
    __   Overnight Mail
    __   Hand and/or Personal Delivery

and addressed to the following:

**Elizabeth B Lowell**
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134-0562
Email: elowell@pengillylawfirm.com
*Attorney for Tierra De Las Palmas Owners Association*

**Shane D. Cox**
Absolute Collection Services, LLC
8440 W Lake Mead Blvd., Ste 210
Las Vegas, NV 89128
Email: shane@absolute-collection.com
*Attorney for Absolute Collection Services, LLC*

Dated: August 24, 2016.

/s/ *Victoria Campbell*
An employee of HOUSER & ALLISON, APC

-3-