Jeffrey S. Allison (NV Bar # 8949)
**HOUSER & ALLISON, APC**
3900 Paradise Rd., Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com

Attorneys for Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., as Trustee on behalf of ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>EDUBIJES OCHOA-DELGADO; 4918 ATHENS BAY TRUST; TIERRA DE LAS PALMAS OWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendants. | Case No. 2:16-cv-01171-JCM-VCF<br><br>HON. JAMES C. MAHAN<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates ("Plaintiff"), and Defendant 4918 Athens Bay Trust ("Defendant"), through their

-1-

undersigned counsel, that the above-captioned action by Plaintiff against Defendant be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each said party to bear their own respective fees and costs.

DATED: March 26, 2018     HOUSER & ALLISON, APC

/s/ Jeffrey S. Allison
Jeffrey S. Allison

Attorneys for Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates

DATED: March 26, 2018     AYON LAW, PLLC

/s/ Luis A. Ayon
Luis A. Ayon, Esq.
Attorneys for Defendant 4918 Athens Bay Trust

**ORDER**

Based on the foregoing, IT IS HEREBY SO ORDERED that Defendant 4918 Athens Bay Trust is dismissed with prejudice in the action by Plaintiff, each party to bear their respective fees and costs.

DATED: April 10, 2018

U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of this **AMENDED STIPULATION AND ORDER TO DISMISS ACTION** by:

    X    ECF
    __    U.S. Mail
    __    Facsimile transmission
    __    Overnight Mail
    __    Hand and/or Personal Delivery

and addressed to the following:

**Luis A. Ayon**
Ayon Law, PLLC
8716 Spanish Ridge Ave.
Las Vegas, NV 89148
laa@ayonlaw.com
*Attorneys for 4918 Athens Bay Trust*

**Elizabeth B Lowell**
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134-0562
elowell@pengillylawfirm.com
*Attorney for Tierra De Las Palmas Owners Association*

**Shane D. Cox**
Absolute Collection Services, LLC
8440 W Lake Mead Blvd., Ste 210
Las Vegas, NV 89128
shane@absolute-collection.com
*Attorney for Absolute Collection Services, LLC*

Dated: April 9, 2018

                                                    _/s/ Whitney Hershey_
                                                    An employee of HOUSER & ALLISON, APC