Jeffrey S. Allison (NV Bar # 8949)
**HOUSER & ALLISON, APC**
3900 Paradise Rd., Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com

Attorneys for Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., as Trustee on behalf of ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>EDUBIJES OCHOA-DELGADO; 4918 ATHENS BAY TRUST; TIERRA DE LAS PALMAS OWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendants. | Case No. 2:16-cv-01171-JCM-VCF<br><br>HON. JAMES C. MAHAN<br><br>**STIPULATION AND ORDER TO DISMISS ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates, Defendant Tierra De Las Palmas Owners Association, and Defendant Absolute Collection Services, LLC, through their undersigned counsel, that the above-captioned action by

-1-

Plaintiff against said Defendants be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own respective fees and costs.

DATED: April 10, 2018　　　　　　　　　　　HOUSER & ALLISON, APC

　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. Allison
　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Allison

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff HSBC Bank USA, N.A. as Trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates

DATED: April 10, 2018　　　　　　　　　　　PENGILLY LAW FIRM

　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth B. Lowell
　　　　　　　　　　　　　　　　　　　　　Elizabeth B. Lowell, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Tierra De Las Palmas Owners Association

DATED: April 10, 2018　　　　　　　　　　　ABSOLUTE COLLECTION SERVICES, LLC

　　　　　　　　　　　　　　　　　　　　　/s/ Shane D. Cox
　　　　　　　　　　　　　　　　　　　　　Shane D. Cox, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Absolute Collection Services, LLC

## **ORDER**

　　Based on the foregoing, IT IS HEREBY SO ORDERED that Defendants Tierra De Las Palmas Owners Association and Absolute Collection Services, LLC are dismissed with prejudice in the action by Plaintiff, each party to bear their respective fees and costs.

DATED: April 17, 2018　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of this **STIPULATION AND ORDER TO DISMISS ACTION** by:

   X    ECF
   __   U.S. Mail
   __   Facsimile transmission
   __   Overnight Mail
   __   Hand and/or Personal Delivery

and addressed to the following:

**Luis A. Ayon**
Ayon Law, PLLC
8716 Spanish Ridge Ave.
Las Vegas, NV 89148
laa@ayonlaw.com
*Attorneys for 4918 Athens Bay Trust*

**Elizabeth B Lowell**
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134-0562
elowell@pengillylawfirm.com
*Attorney for Tierra De Las Palmas Owners Association*

**Shane D. Cox**
Absolute Collection Services, LLC
8440 W Lake Mead Blvd., Ste 210
Las Vegas, NV 89128
shane@absolute-collection.com
*Attorney for Absolute Collection Services, LLC*

Dated: April 11, 2018

_____
An employee of HOUSER & ALLISON, APC